FILED

03/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0727

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0727

---

RASTA K. DOUGLAS WALID

Petitioner and Appellant

v.

STATE OF MONTANA, ATTORNEY GENERAL,
DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,
CHILD SUPPORT SERVICES DIVISION,
OFFICE OF THE ADMINISTRATIVE LAW JUDGE

Respondents and Appellees

---

**ORDER GRANTING EXTENSION OF TIME**

---

Upon consideration of Appellee's motion for extension of time, there being no objection from the Appellant, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 24, 2023, within which to prepare, file, and serve Appellee's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 20 2023